UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:14-CR-71-1H
Civil No. 4:16-CV-93-H

| | | |
|---|---|---|
| MARKEITH WILSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 7 day of June, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE