UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Markeith Wilson**            **Docket No. 4:14-CR-71-1BO**

### Petition for Action on Supervised Release

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Markeith Wilson, who, upon an earlier plea of guilty to Interference With Commerce by Robbery, in violation of 18 U.S.C. § 1951, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §§ 924(c) and 924(c)(l)(A)(ii), was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on September 8, 2015, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Markeith Devon Wilson was released from custody on September 9, 2022, at which time the term of supervised release commenced. On February 27, 2023, the case was reassigned to the Honorable Terrence W. Boyle.

On February 28, 2023, the court approved a Petition for Action allowing the defendant to participate in a cognitive behavioral program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 1, 2024, the defendant was charged with Driving While Impaired (24CR200169) in Pitt County, North Carolina. Wilson promptly reported his arrest to the undersigned officer on January 2, 2024. Wilson indicated that he plans to plead not guilty to this offense. A hearing has been scheduled for February 1, 2024, at the Pitt County District Court in Greenville, North Carolina. To address this Driving While Impaired charge, it is respectfully recommended that the defendant participate in our district's Remote Alcohol Monitoring Program for a period of 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Markeith Wilson
Docket No. 4:14-CR-71-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Danele N. Williams
Danele N. Williams
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8807
Executed On: January 9, 2024

## ORDER OF THE COURT

Considered and ordered this 10 day of January, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge